U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 25 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| | NO. CRV04-10017-A and |
| VERSUS | NO. CR02-10029 |
| | |
| CODY FRANKLIN ELLERMAN | JUDGE DEE D. DRELL |
| | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS CONCLUDED that Ellerman's notice of appeal IS DETERMINED TO BE UNTIMELY.

IT IS ORDERED that the case be RETURNED TO THE FIFTH CIRCUIT COURT OF APPEALS FOR FURTHER PROCEEDINGS.

THIS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25 day of March, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE