PROB 12B
(LAWP 7/24/13)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 3 2020

TONY R. MOORE  CLERK
BY _____ DEPUTY

# United States District Court
## for the
## Western District of Louisiana

### Request for Modifying the Conditions of Supervision

| | | |
|---|---|---|
| Offender: | Cody Ellerman | Docket Nos. 1:02CR10029 & 1:04CR10017 |
| Sentencing Judge: | The Honorable F.A. Little, Jr., U.S. District Judge | |
| Assigned Judge: | The Honorable Dee D. Drell, U.S. Senior District Judge | |
| Date of Report: | June 17, 2020 | |

Date of Original Sentence: August 5, 2004

Date of Amended Sentence: February 6, 2020

Original Offenses: Possession of Firearm by a Convicted Felon & Escape

Original Sentences: Two hundred sixty-two (262) months Bureau of Prisons; Sixty (60) months Supervised Release, Eighteen (18) months Bureau of Prisons; Thirty-six (36) months Supervised Release.

Amended Sentence: Time Served; Thirty-six (36) months Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: March 2, 2020

---

### PETITIONING THE COURT

To modify the conditions of supervision by adding the following special condition:

**The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time in a reasonable manner, based upon reasonable suspicion that contraband or evidence of a violation of a condition of supervision may exist; failure to submit to a search may be grounds for revocation; the defendant shall warn any other resident(s) that the premises may be subject to searches pursuant to this condition.**

Offender Name: Cody Ellerman  
Docket Numbers: 1:02-CR-10029 & 1:04-CR-10017

June 17, 2020  
Page 2 of 2

## CAUSE

Ellerman's case has been accepted for transfer to the Eastern District of Missouri, with the added stipulation that a Search condition be added. On June 16, 2020, Ellerman executed a waiver (PROB 49), and consented to this modification.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

*Justin Opdenhoff*  
Justin Opdenhoff  
U.S. Probation Officer

Reviewed and Approved by:

*Scotty Melancon*  
Scotty Melancon  
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action  
☒ The Modification of Conditions as Noted Above  
☐ Other

The Honorable Dee D. Drell  
United States Senior District Judge

6/23/2020  
Date